CHARLES H. McCORMICK, as Administrator, etc., of ELIZABETH McCORMICK, Deceased, Respondent, v. S. BURT MERRICK, Appellant.— Appeal dismissed

unless appellant shall file and serve printed briefs by March 10, 1931. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.